## HUMES v. DAY.

*A witness discharged of his interest ought to be admitted. The*
*issue put must be answered directly.*

ERROR to reverse a judgment of a justice in an action
brought by said Day against Humes, upon a note of hand,
dated the 17th of February A. D. 1789, for £1 2s., payable
on demand with interest.

Plea — Full payment before the date and service of the
plaintiff's writ, on which the parties were at issue.

To prove said payment the defendant offered one Israel
Bates as a witness. The plaintiff objected, that said Bates
sometime before had promised and engaged to indemnify the
defendant against said note and all cost and damage he might

sustain thereon.   Upon which two discharges were produced from said Humes to said Bates, dated subsequent to said undertaking, discharging said witness from all demands generally and particularly from his agreement to indemnify him on account of said note; yet said justice refused to admit said Bates as a witness — upon which the defendant filed his bill of exceptions, stating the above facts which were allowed by the justice.   And said justice proceeded and gave judgment — That he was of opinion that the matter alleged in the defendant's plea in bar, is not sufficiently proved and that the plaintiff recover, etc.

Errors assigned — 1st. That said justice ought to have admitted said Bates a witness.    2d. That said justice had not found the issue one way or the other.

Judgment — Manifest error for both causes assigned in error.